UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAYTON JACKSON-HILL, | Case No. 2:18-cv-00955-GMN-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| JOSEPH LOMBARDO, et al., | |
| Defendants. | |

Presently before the Court is plaintiff Dayton Jackson-Hill's application to proceed *in forma pauperis* (ECF No. 1), filed on May 24, 2018.

**I.   Background**

By way of background, Jackson-Hill alleges that he was subject to excessive force by the Clark County Sheriff and the Las Vegas Metropolitan Police Department on January 3, 2018, in violation of his Fourth, Fifth, Eighth, and Fourteenth Amendment rights. ECF No. 1-1 at 3-4.

**II.   Discussion**

The Court will require Jackson-Hill to update his contact information with the Court. Jackson-Hill has not filed an updated address with this Court since August 22, 2018 when he was transferred to Carlin Conservation Camp in Carlin, Nevada. But a Nevada Department of Corrections ("NDOC") search shows that Jackson-Hill is no longer incarcerated. Pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court.  If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action without prejudice.

Additionally, the Court denies the application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot because Plaintiff has been released from incarceration.

### III. Conclusion

**IT IS ORDERED** that Plaintiff will file his updated address with the Court within **thirty (30) days** from the date of this order.

**IT IS FURTHER ORDERED** that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

**IT IS FURTHER ORDERED** that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, the Court will dismiss this case without prejudice

DATED: June 26, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE