# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Dayton Jackson-Hill,<br><br>    Plaintiff,<br><br>v.<br><br>Joseph Lombardo, et al.,<br><br>    Defendants. | Case No. 2:18-cv-00955-GMN-BNW<br><br>**REPORT AND RECOMMENDATION** |

On June 26, 2020, the Court ordered Plaintiff to update his address. ECF No. 7. The Court observed that Plaintiff's address on file with the Court showed him still living at the Carlin Conservation Camp, but according to the Nevada Department of Corrections inmate database, Plaintiff was no longer incarcerated. *Id.* Accordingly, the Court gave Plaintiff 30 days to update his address. *Id.* The Court further advised Plaintiff that if he did not comply with the Court's order, the Court would dismiss his case. *Id.* Plaintiff has not complied with the Court's order, and mail has since been returned as undeliverable (further demonstrating that Plaintiff is no longer living at the Carlin Conservation Camp). *See* ECF No. 8.

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being

served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: August 14, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE